**So Ordered.**



Frank L. Kurtz
Bankruptcy Judge

**Dated: May 22nd, 2013**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re ) | NO. 12-02483-FLK12 |
| ) | |
| MARCELO RAMOS MARTINEZ and ) | |
| MARIA SANTIAGO MARTINEZ ) | FINDINGS OF FACT AND |
| ) | CONCLUSIONS OF LAW |
| Debtors. ) | |
| _____ ) | |

THIS MATTER having come on regularly for hearing before the Honorable Frank L. Kurtz, United States Bankruptcy Judge for the Eastern District of Washington, by telephone conference on May 20, 2013, the Debtors appearing by and through their attorney of record, James P. Hurley of Hurley & Lara, the Chapter 12 Trustee Ford Elsaesser appearing in person and by written report, and other counsel appearing for various creditors as indicated by the Clerk's minutes, and the Court having considered

FINDINGS OF FACT AND
CONCLUSIONS OF LAW                    1

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

the testimony of the Debtor, the exhibits and evidence in support of the Order Confirming the Debtors' Chapter 12 Plan, the Court now makes the following:

## FINDINGS OF FACT

1. The Plan complies with the provisions of the Chapter 12 and with the other applicable provisions of Title 11, U.S. Code;

2. Any fee, charge or amount required under Chapter 12 of Title 28, U.S. Code, or by the Plan, to be paid before confirmation has been paid.

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtors were liquidated under Chapter 7, Title 11, U.S. Code, on such date. The Plan, as proposed, pays all allowed unsecured claims in full;

5. The holder of each allowed secured claim has accepted the Plan.

The Court having entered its Findings of Fact, now enters the following:

## CONCLUSIONS OF LAW

1. The Plan complies with the provisions of Chapter 12 and other applicable provisions of Title 11, U.S. Code; and

FINDINGS OF FACT AND
CONCLUSIONS OF LAW 2

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

12-02483-FLK12   Doc 77   Filed 05/22/13   Entered 05/23/13 11:08:10   Pg 2 of 3

2. The Court should confirm the Debtors' Chapter 12 Plan filed February 28, 2013 and identified as Debtor's First Amended Chapter 12 Plan.

/////End of Order///

Presented by:

s/ James P. Hurley
JAMES P. HURLEY     WSBA #6615
Attorney for Debtors
411 N 2nd Street, Yakima, WA 98901

FINDINGS OF FACT AND
CONCLUSIONS OF LAW                3

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

12-02483-FLK12    Doc 77    Filed 05/22/13    Entered 05/23/13 11:08:10    Pg 3 of 3